CR 13-00486-EJD

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

*SEALED BY ORDER OF THE COURT*

**Filed**

OCT 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,

V.

CUONG CAO DANG,
EMILY LE, THUY NGUYEN
DAVID HUYNH
LOC XUAN HOANG,
HIEU NGUYEN,
LONG PHAM and EDWIN LIN

DEFENDANT(S).

# SUPERSEDING INDICTMENT

VIOLATIONS: 18 U.S.C § 1349 B Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 1956(a)(1)(A)(i) and (a)(1)(B)(i) – Money Laundering (Promotion and Concealment); 18 U.S.C. § 1956(a)(3)(C) – Money Laundering (Funds Represented to be Criminally Derived); 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering; 18 U.S.C. § 1957 – Engaging in Monetary Transactions Using Criminally Derived Property; 31 U.S.C. § 5324(a)(1), (a)(3) – Structuring Financial Transactions; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Criminally Derived Proceeds; 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture; and 31 U.S.C. § 5317 (c) – Structuring Forfeiture

A true bill.

_____ Foreman

Filed in open court this ___30TH___ day of ___OCTOBER___
___2013___.

_____ Clerk

Bail, $ _____

DOCUMENT NO.    CSA's INITIALS
43  cfe

DISTRICT COURT
CRIMINAL CASE PROCESSING

• no process as to
Cuong Cao Dang
and
Loc Hoang

• No bail arrest
warrants as to
all other defendants
(Le, Nguyen, Huynh,
H. Nguyen, Pham,
and Lin) (N

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorney
5
         150 Almaden Boulevard, Suite 900
6        San Jose, California 95113
         Telephone: (408) 535-5596
7        Fax: (408) 535-5066
         Email: David.Callaway@usdoj.gov
8
   Attorneys for United States of America
9

**Filed**

OCT 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*SEALED BY ORDER OF THE COURT*

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,              )  CASE NO. CR 13-00486  EJD
                                           )
15            Plaintiff,                    )  VIOLATIONS: 18 U.S.C § 1349 – Conspiracy to
                                           )  Commit Mail Fraud; 18 U.S.C. § 1341 – Mail Fraud;
16       v.                                )  18 U.S.C. § 1956(a)(1)(A)(i) and (a)(1)(B)(i) –
                                           )  Money Laundering (Promotion and Concealment); 18
17  CUONG CAO DANG,                        )  U.S.C. § 1956(a)(3)(C) – Money Laundering (Funds
         a/k/a "CALVIN" DANG,              )  Represented to be Criminally Derived); 18 U.S.C. §
18  EMILY LE,                              )  1957 – Engaging in Monetary Transactions Using
    DAVID HUYNH                            )  Criminally Derived Property; 31 U.S.C. § 5324(a)(1),
19  LOC XUAN HOANG,                        )  (a)(3) – Structuring Financial Transactions; 18 U.S.C.
    HIEU NGUYEN,                           )  § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture
20  LONG PHAM,                             )  of Criminally Derived Proceeds; 18 U.S.C. §
    THUY NGUYEN, and                       )  982(a)(1) – Money Laundering Forfeiture; and 31
    EDWIN LIN,                             )  U.S.C. § 5317 (c) – Structuring Forfeiture
21                                         )
            Defendants.                     )  SAN JOSE VENUE
22                                         )
                                           )
23  _____   )

24              S U P E R S E D I N G   I N D I C T M E N T

25  The Grand Jury charges:

26       At all times relevant to this Superseding Indictment, unless otherwise indicated:

27                    Defendant and Relevant Entities

28       1.      Defendant Cuong Cao Dang, a/k/a "Calvin" Dang (DANG), owned and operated

SUPERSEDING INDICTMENT
CR 13-00486 EJD

1 Network Genesis, Inc., a California corporation that bought and sold stolen Cisco parts from Cisco

2 employees. Network Genesis was located at 2526 Qume Drive, Suite 19, in San Jose, California, and

3 maintained its primary operating account at Wells Fargo Bank (WFB). DANG also owned and operated

4 The Dang's Investment, Inc. (TDI), a California corporation located at 2611 Senter Road, Suite 138, San

5 Jose, California. The primary business of TDI, according to its website, was managing residential and

6 commercial real estate that DANG purchased using profits generated by Network Genesis. TDI also

7 maintained its primary operating accounts with WFB.

8        2.      Emile LE and David HUYNH were Network Genesis employees. Among her other

9 duties, LE was responsible for paying Cisco employees for stolen parts. HUYNH's duties included

10 testing those stolen parts and altering the serial numbers at DANG's direction before those parts were

11 sold to Network Genesis' customers.

12       3.      Loc Xuan HOANG, HIEU NGUYEN, and unindicted co-conspirator VN were Cisco

13 employees who sold stolen and counterfeit Cisco merchandise to DANG, who paid them in cash for the

14 merchandise.

15       4.      Long PHAM and THUY NGUYEN received payments on behalf of DANG and Network

16 Genesis for merchandise Network Genesis sold to its customers. DANG often directed customers to

17 make checks payable to PHAM and THUY NGUYEN, instead of paying Network Genesis directly, for

18 merchandise those customers had purchased from Network Genesis. In return for a commission from

19 DANG, PHAM and THUY NGUYEN cashed some of those checks and deposited others into their own

20 bank accounts, then withdrew the cash in structured amounts and funneled the money back to DANG.

21       5.      Edwin LIN owned ECL Market & Deli, a market that also provided check-cashing

22 services to its customers. LIN and ECL cashed checks from Network Genesis customers that were made

23 payable directly to LIN or ECL and also cashed checks made payable to other of DANG's nominees,

24 including PHAM and THUY NGUYEN. ECL was registered as a "money services business" (MSB)

25 with the Financial Crimes Enforcement Network (FinCEN). An MSB is a "domestic financial

26 institution" within the meaning of Title 31, Code of Federal Regulations, Section 1010.100(o) and (t)

27 (formerly 31 C.F.R. § 103.11(n)); as such, an MSB is required to file a Currency Transaction Report

28 (CTR) for cash transactions exceeding $10,000. 31 C.F.R. § 1010.311. During the period covered by

1  this Indictment, neither LIN nor ECL filed CTRs for any checks they received and cashed on behalf of

2  DANG or from Network Genesis.

3        6.      Unindicted co-conspirator PD was a relative of DANG's who also received payments

4  from DANG's customers and funneled the money back to DANG, including, on one occasion, by

5  helping DANG buy a $105,000 Mercedes Benz automobile.

6        7.      Network Genesis' customers were located primarily in Southern California, but Network

7  Genesis also had customers in several other states.  Network Genesis primarily used Federal Express, a

8  commercial interstate carrier, to ship orders of stolen Cisco parts to its customers.

9  Background Regarding Fraudulent Sales of Cisco Equipment

10        8.      Cisco Systems, Inc. is a multinational corporation headquartered in San Jose,

11  California, that designs, manufactures, and sells computer networking equipment.  Cisco has been

12  the victim of a variety of criminal schemes, including counterfeiting and theft.  Counterfeiting

13  occurs when Cisco equipment is sold as genuine even though it was not manufactured by Cisco or

14  when it has been altered, such as by substituting non-genuine parts or changing the serial number

15  on those parts.  Counterfeiters will sometimes misuse Cisco databases to obtain information,

16  including serial numbers and warranty status, about parts that do not belong to them.  For example,

17  a criminal might enter Cisco's database to search for serial number information in order to

18  manufacture, alter, or re-label a Cisco part for resale.

19        9.      Internal theft occurs when Cisco employees steal equipment, often for the purpose of

20  selling it.  Other types of internal theft involve Cisco employees providing Cisco's internal

21  information, including serial numbers, contracts, or warranty information to resellers, who use that

22  information to alter parts or manufacture counterfeit parts for resale.

23        10.    A "test sheet" is a document that shows the diagnostic information for a particular

24  part, and that will include the serial number for that part.

25        11.    A media access control address (MAC address) is a unique identifier assigned to

26  network interfaces for communications on the physical network segment.  MAC addresses are most

27  often assigned by the manufacturer of a network interface controller card and are stored in its

28  hardware, such as the card's read-only memory or other stored data location.  When assigned by the

1   manufacturer, a MAC address usually encodes the manufacturer's registered identification number

2   and may be referred to as the "burned-in" address.  Although it is not particularly difficult to change

3   the serial number sticker affixed to a piece of computer hardware, it is much more difficult to

4   change the internal MAC address.

The Scheme and Artifice to Defraud

6          12.     Beginning no later than January 2006, and continuing through approximately

7   January 23, 2013, DANG, doing business as Network Genesis, (1) bought counterfeit or stolen

8   Cisco merchandise from Cisco employees, including HOANG, HIEU NGUYEN, VN, and others

9   both known and unknown to the Grand Jury, and (2) resold that merchandise to Network Genesis

10  customers after altering the external serial numbers to make the items he was selling more difficult

11  to trace.  DANG often knowingly provided false test sheets to his customers that corresponded to

12  the altered serial number on the part he was selling, not to the true internal serial number for that

13  part.

14         13.     In order to hide his true involvement in the scheme, DANG often directed his

15  customers to send payment for the merchandise to nominees, including, among others, PHAM,

16  THUY NGUYEN, LIN, ECL, and PD, who, in turn, deposited the money into their own bank

17  accounts before funneling it back to DANG.

18  COUNT ONE:  (18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud)

19         14.     Paragraphs 1 through 13 and the transactions identified in Counts Two through

20  Seven are alleged and incorporated as if fully set forth here.

21         15.     Beginning at a time unknown to the Grand Jury, but no later than in or about January

22  1, 2006, and continuing through January 23, 2013, in the Northern District of California and

23  elsewhere, the defendants,

CUONG CAO DANG,
a/k/a "Calvin" Dang,
LOC XUAN HOANG,
HIEU NGUYEN,
EMILY LE, and
DAVID HUYNH,

28  //

and others both known and unknown to the Grand Jury, conspired to devise and did devise a scheme and artifice (A) to defraud Network Genesis customers as to a material matter, namely, the correct serial number and origin of the item they were purchasing, and (B) to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and by material omissions, and for the purpose of executing such scheme and artifice to defraud, did knowingly and intentionally cause matter to be delivered by the United States Postal Service and private and commercial interstate carriers, in violation of 18 U.S.C. § 1341;

All in violation of Title 18, United States Code, Section 1349.

<u>COUNTS TWO THROUGH SEVEN</u>:  (18 U.S.C. § 1341 – Mail Fraud)

16.     Paragraphs 1 through 13 are alleged and incorporated as if fully set forth here.

17.     On or about the dates set forth below, in the Northern District of California, and elsewhere, for the purpose of executing the material scheme to defraud Network Genesis' customers, and to obtain money from those customers by means of materially false and fraudulent pretenses, representations, promises, and by material omissions, the defendants,

CUONG CAO DANG,<br>
a/k/a "Calvin" Dang,<br>
EMILY LE, and<br>
DAVID HUYNH,

did knowingly cause to be delivered by the United States Postal Service and private and commercial interstate carriers the following items that were shipped from Network Genesis to the locations set forth in each of Counts Two through Seven below:

| Count | Date | Description of Mailing | Sent To |
|-------|------|------------------------|---------|
| 2 | 6/17/2010 | Shipment of Cisco 7600 Route Switch Processor, Item No. RSP720-3CXL-GE, three items at $12,000 each | Customer DW Oklahoma City,  OK |
| 3 | 6/21/2010 | Shipment of Cisco SPA Interface Processor 400, Item No. 7600-SIP-400, two items at $8,500 each | Customer CCNY, Utica, New York |
| 4 | 6/23/2010 | Shipment of (1) Cisco Catalyst 6500, Item No. WS-SUP720-3BXL, three items at $8,500 each; (2) Cisco Catalyst 6500, Item No. WS-X6748-GE-TX, one item at $5,400 | Customer TKO Westlake Village, CA |

| 5 | 6/23/2010 | Cisco SPA Interface Processor 400, Item No. 7600-SIP-4000, one item at $8,500 | Customer VDS Oldsmar, FL |
|---|---|---|---|
| 6 | 1/03/2013 | Shipment of (1) Cisco 7600 Series SPA Interface PROC-400, Item No. 7600-SIP-400, one item at $2,800; (2) Cisco SUP720 W/2Ports 10GBE, Item No. VS-S720-10G-3C, two items at $5,000 each. | Customer NS Plymouth, MN |
| 7 | 1/03/2013 | Cisco SPA-8X1GE-V2 8-PORT Gigabit Ethernet Shared Port Adapter, one item at $1,400 | Customer NHR Santa Barbara, CA |

All in violation of Title 18, United States Code, Section 1341.

COUNTS EIGHT THROUGH THIRTEEN: (18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) – Money Laundering)

18.     Paragraphs 1 through 13 and the transactions alleged in Counts Two through Seven are realleged and incorporated as if fully set forth here.

19.     On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of a specified unlawful activity, namely, mail fraud, did conduct a financial transaction:

(a)  with the intent to promote the carrying on of that specified unlawful activity, as set forth in each of Counts Eight through Twelve below; and

(b) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specified unlawful activity, as set forth in each of Counts Eight through Thirteen below:

| Count | Date | Financial Transaction | Amount |
|---|---|---|---|
| 8 | 01/11/2010 | Check # 889464 from Network Genesis to Long Pham with memo reading "Loan 100111-03" | $30,000 |

SUPERSEDING INDICTMENT
CR 13-00486 EJD                                          6

| 9 | 01/11/2010 | Check # 889465 from Network Genesis to Thuy Nguyen with memo reading "Loan 100111-04" | $25,000 |
|---|---|---|---|
| 10 | 01/21/2010 | Cashier's check # 428006726 from D-T Connects LLC to ECL | $24,900 |
| 11 | 01/21/2010 | Cashier's check # 428006725 from D-T Connects LLC to "Edwin Le" | $25,000 |
| 12 | 02/05/2010 | Cashier's check # 428006812 from D-T Connects LLC to Edwin Lin | $13,600 |
| 13 | 05/18/2010 | Cashier's check # 428007943 from Tom Hoang (owner of D-T Connects) to Steven's Creek BMW, used to purchase a 2011 BMW 328i for T.T.L. | $57,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

COUNTS FOURTEEN AND FIFTEEN: (18 U.S.C. § 1956(a)(3)(C) – Laundering Funds Represented to be Criminally Derived)

20.      Paragraphs 1 through 14 are alleged and incorporated as if fully set forth here.

21.      On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

EDWIN LIN,

with the intent to avoid a transaction reporting requirement under Federal law, did conduct and attempt to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, namely, Interstate Transportation of Stolen Property, as set forth in each of Counts Fourteen and Fifteen below:

| Count | Date | Description of Transaction |
|---|---|---|
| 14 | 06/27/2012 | Two $12,500 checks represented to be proceeds from sale of stolen Cisco merchandise |
| 15 | 06/29/2012 | Two $12,500 checks represented to be proceeds from sale of stolen Cisco merchandise |

All in violation of Title 18, United States Code, Section 1956(a)(3)(C).

COUNTS SIXTEEN AND SEVENTEEN: (18 U.S.C. § 1957 – Engaging in Monetary Transactions Using Criminally Derived Property)

22.     Paragraphs 1 through 13, and the factual allegations contained in Counts Two through Seven, are alleged and incorporated as if fully set forth here.

23.     On or about the dates set forth below, in the Northern District of California, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

did, in the United States, knowingly engage in a monetary transaction in criminally derived property of a value greater than $10,000, said property having in fact been derived from specified unlawful activity, namely, mail fraud, and did so by, through, and to a financial institution, namely Wells Fargo Bank, as set forth in each of Counts Sixteen and Seventeen below:

| Count | Date | Financial Transaction | Amount |
|-------|------|----------------------|--------|
| 16 | 4/02/2010 | Withdrawal from Network Genesis WFB account ending in x2746 | $1,730,554 |
| 17 | 10/21/2010 | Withdrawal from Network Genesis WFB account x2746, funds deposited into TDI's WFB account x2546 | $2,000,000 |

All in violation of Title 18, United States Code, Section 1957.

COUNTS EIGHTEEN THROUGH TWENTY-SIX: (31 U.S.C. § 5324(a)(1) and (a)(3) – Structuring)

24.     Paragraphs 1 through 13 are alleged and incorporated as if fully set forth here.

25.     On or about the dates set forth below, in the Northern District of California, the defendants, as named in each of Counts Eighteen through Twenty-Six, knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure, and assist in structuring, the following transactions with domestic financial institutions, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

//

| Count | Date(s) | Defendant | Description of Transaction |
|-------|---------|-----------|----------------------------|
| 18 | 4/20/2009 | Long PHAM | Same-day cash withdrawals of $9,600 and $9,800 at Bank of America (BOA) branch in Milpitas |
| 19 | 8/03/2009 | Long PHAM | Same-day cash withdrawals of $9,700 and $9,800 at BOA branch in Milpitas |
| 20 | 12/07/2009 and 12/08/2009 | Long PHAM | Consecutive-day cash withdrawals of $9,700 each from BOA branch in Milpitas |
| 21 | 12/28/2009 | Long PHAM | Same-day cash withdrawals of $9,500 and $9,800 at BOA branches in Elk Grove and Milpitas, respectively |
| 22 | 3/09/2009 | Thuy NGUYEN | Same-day cash withdrawals of $9,800 and $9,700 at separate BOA branches in San Jose |
| 23 | 5/27/2009 | Thuy NGUYEN | Same-day cash withdrawals of $9,600 and $9,800 at separate BOA branches in San Jose and Milpitas, respectively |
| 24 | 7/20/2009 through 7/22/2009 | Thuy NGUYEN | Consecutive-day cash withdrawals of $9,800 each from BOA branches in Milpitas (7/20-21) and San Jose (7/22) |
| 25 | 8/18/2009 through 8/20/2009 | Thuy NGUYEN | Consecutive- and same-day cash withdrawals of $9,700 (8/18, BOA Milpitas), $9,800 (8/19, BOA Milpitas and San Jose), and $9,800 (8/20, BOA Milpitas) |
| 26 | 11/17/2009 through 11/18/2009 | Thuy NGUYEN | Consecutive-day cash withdrawals of $9,500 and $9,700 from Wells Fargo Bank |

All in violation of Title 31, United States Code, Sections 5324(a)(1) and (a)(3).

COUNTS TWENTY-SEVEN THROUGH THIRTY-TWO: (31 U.S.C. § 5324(a)(1) and (a)(3) – Structuring)

26.     Paragraphs 1 through 13 are alleged and incorporated as if fully set forth here.

27.     On or about the dates set forth below, in the Northern District of California, the defendant,

EDWIN LIN,

knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did cause and attempt to cause a domestic financial institution to fail to file a report required under section 5313(a), and fail to maintain a record required pursuant to a regulation prescribed under section 123 of Public Law 91-508, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| Count | Date | Description of Transaction |
|-------|------|---------------------------|
| 27 | 01/15/2010 | Cashed check # 889477 ($27,000), payable to ECL from Network Genesis, failed to filed CTR |
| 28 | 01/15/2010 | Cashed check # 889476 ($25,000), payable to "Edwin Le" from Network Genesis, failed to filed CTR |
| 29 | 01/25/2010 | Cashed check # 889483 ($27,000), payable to ECL from Network Genesis, failed to filed CTR |
| 30 | 01/25/2010 | Cashed check # 889484 ($23,000), payable to Edwin Lin from Network Genesis, failed to filed CTR |
| 31 | 02/02/2010 | Cashed check # 889501 ($25,500), payable to Edwin Lin from Network Genesis, failed to filed CTR |
| 32 | 02/02/2010 | Cashed check # 889500 ($26,000), payable to ECL from Network Genesis, failed to filed CTR |

All in violation of Title 31, United States Code, Sections 5324(a)(1) and (a)(3).

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity)

28.     Paragraphs 1 through 14 as well as the factual allegations contained in Counts One through Seven of this Indictment are alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c).

29.     Upon a conviction of any of the offenses alleged in Counts One through Seven, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a) Real Property: The following real property and improvements:

    (1) 3016 Beckley Drive, San Jose, CA
        APN - 660-26-029

    (2) 2526 Qume Dr. #19, San Jose, CA
        APN - 244-16-050

    (3) 3005 Silver Creek Rd. 176, San Jose, CA
        APN - 670-43-038

    (4) 2611 Senter Rd., San Jose, CA
        APN - 497-36-002

    (5) 3151 Senter Rd., San Jose, CA
        APN - 494-01-010

    (6) 1189 S. De Anza Blvd., San Jose, CA
        APN - 359-35-017

    (7) 992 Story Rd., San Jose, CA
        APN - 477-15-130

    (8) 2897 Bouveron Ct., San Jose, CA
        APN - 659-43-105

    (9) 3119 Remington Way, San Jose, CA 95148
        APN – 659-20-025

    (10) 1763 - 1771 Blossom Hill Rd., San Jose, CA
        APN - 527-33-017

    (11) 3630 Kettman Road, San Jose, CA
        APN – 676-23-013

(b) Five Vehicles:

    (1) 2011 Mercedes G550, California License Plate Number 6NBP661, Vehicle Identification Number (VIN) WDCYC3HF4BX186618, registered to Cuong C. Dang;

    (2) 2007 Mercedes SL550R, California License Plate Number 5VMV977, VIN WDBSK71F17F123035, registered to Cuong Cao Dang;

    (3) 2011 BMW 328I, California License Plate Number 6MGE874, VIN WBADW7C53BE443536, registered to Ty T. Le;

    (4) 2007 Lotus, California License Plate Number DUSTIN8, VIN SCCPC111X7HL32749, registered to Cuong Dang; and

    (5) 2012 Mercedes-Benz SLSC Coupe, California License Plate Number 6WRC046, VIN WDDRJ7HA7CA009308, registered to Cuong C. Dang;

(c) Bank Accounts: All United States currency, funds, or other monetary instruments from the following accounts on or about July 19, 2013:

    (1) Wells Fargo Bank:

    a.    The monies and contents of bank account number ending in x6546, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.; and

    b.    The monies and contents of bank account number ending in x8255, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.

(2)    JP Morgan Chase Bank:

    a.    The monies and contents of bank account number ending in x9825, held at JP Morgan Chase Bank, in the name of Ace Laundromat; and

    b.    The monies and contents of bank account number ending in x5896, held at JP Morgan Chase Bank, in the name of Ace Laundromat.

(3)    TIAA-CREF Scholarshare:

    a.    The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Tiffany DANG;

    b.    The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Michelle DANG;

    c.    The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Donna DANG; and

    d.    The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Dustin DANG.

(d)    Cisco Equipment. All parts seized during the execution of search warrants at the premises of Network Genesis on January 23, 2013, as specifically described in Exhibit A to this Superseding Indictment.

(e)    Luxury items. All items seized during the execution of a search warrant at the residence of Calvin DANG on July 19, 2013, as specifically described in Exhibit B to this Superseding Indictment.

(f)    Currency. Approximately $2,072 in cash seized during the execution of a search warrant at the residence of Calvin DANG on July 19, 2013.

30.    If any of said property, as a result of any act or omission of the defendant –

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture)

31.     Paragraphs 1 through 14 as well as the factual allegations contained in Counts Eight through Thirteen, Fifteen, and Sixteen, are alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

32.     Upon a conviction of any of the offenses alleged in Counts Eight through Thirteen, Fifteen, and Sixteen, the defendant,

CUONG CAO DANG,
a/k/a "Calvin" Dang,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a)     Real Property: The following real property and improvements:

    (1)     3016 Beckley Drive, San Jose, CA
           APN - 660-26-029

    (2)     2526 Qume Dr. #19, San Jose, CA
           APN - 244-16-050

    (3)     3005 Silver Creek Rd. 176, San Jose, CA
           APN - 670-43-038

    (4)     2611 Senter Rd., San Jose, CA
           APN - 497-36-002

    (5)     3151 Senter Rd., San Jose, CA
           APN - 494-01-010

    (6)     1189 S. De Anza Blvd., San Jose, CA
           APN - 359-35-017

    (7)     992 Story Rd., San Jose, CA
           APN - 477-15-130

    (8)     2897 Bouveron Ct., San Jose, CA
           APN - 659-43-105

    (9)     3119 Remington Way, San Jose, CA 95148
           APN – 659-20-025

    (10)    1763 - 1771 Blossom Hill Rd., San Jose, CA
           APN - 527-33-017

    (11)    3630 Kettman Road, San Jose, CA
           APN – 676-23-013

(b)     Five Vehicles:

    (1)     2011 Mercedes G550, California License Plate Number 6NBP661, VIN
           WDCYC3HF4BX186618, registered to Cuong C. Dang;

(2)   2007 Mercedes SL550R, California License Plate Number 5VMV977, VIN WDBSK71F17F123035, registered to Cuong Cao Dang;

(3)   2011 BMW 328I, California License Plate Number 6MGE874, VIN WBADW7C53BE443536, registered to Ty T. Le;

(4)   2007 Lotus, California License Plate Number DUSTIN8, VIN SCCPC111X7HL32749, registered to Cuong Dang; and

(5)   2012 Mercedes-Benz SLSC Coupe, California License Plate Number 6WRC046, VIN WDDRJ7HA7CA009308, registered to Cuong C. Dang;

(c)   Bank Accounts: All United States currency funds or other monetary instruments from the following accounts on or about July 19, 2013:

(1)   Wells Fargo Bank:

a.   The monies and contents of bank account number ending in x6546, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.; and

b.   The monies and contents of bank account number ending in x8255, held at Wells Fargo Bank, in the name of The Dang's Investment, Inc.

(2)   JP Morgan Chase Bank:

a.   The monies and contents of bank account number ending in x9825, held at JP Morgan Chase Bank, in the name of Ace Laundromat; and

b.   The monies and contents of bank account number ending in x5896, held at JP Morgan Chase Bank, in the name of Ace Laundromat.

(3)   TIAA-CREF Scholarshare:

a.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Tiffany DANG;

b.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Michelle DANG;

c.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Donna DANG; and

d.   The monies and contents of the ScholarShare College Savings Plan (CA) account managed by TIAA-CREF for the benefit of Dustin DANG.

(d)   Cisco Equipment. All parts seized during the execution of search warrants at the premises of Network Genesis on January 23, 2013, as specifically described in Exhibit A to this Superseding Indictment.

(e)   Luxury items. All items seized during the execution of a search warrant at the residence of Calvin DANG on July 19, 2013, as specifically described in Exhibit B to this Superseding Indictment.

//

33.     If any of said property, as a result of any act or omission of the defendant –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

THIRD FORFEITURE ALLEGATION: (31 U.S.C. § 5317(c) – Structuring Forfeiture)

34.     Paragraphs 1 through 14 as well as the factual allegations contained in Counts Eighteen through Thirty-Two are alleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to the provisions of 31 U.S.C. § 5317(c).

35.     Upon a conviction of any of the offenses alleged in Counts Eighteen through Thirty-Two by a defendant named in that count, the defendants,

EDWIN LIN,<br>
LONG PHAM, and<br>
THUY NGUYEN,

shall forfeit to the United States all property constituting and derived from proceeds traceable to said offenses.

36.     If any of said property, as a result of any act or omission of the defendants –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendants have in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18,

//

United States Code, Section 982(b)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATE: 10/30/2013

A TRUE BILL

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, Computer Hacking/Intellectual Property

(Approved as to form: _____
(AUSA David R. Callaway)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPERSEDING INDICTMENT
CR 13-00486 EJD

16

# EXHIBIT A

| CISCO ITEMS SEIZED | | |
|---|---|---|
| SEARCH WARRANT DATE: | 1/23/2013 | |
| SITE: | 2526 QUME DR. #19, SAN JOSE | |
| | | |
| | | |
| **Number** | **Serial #** | **Product #** |
| 1 | SAL15O458AT | RSP7ZO-3C-GE |
| 2 | JAF145ODGEL | N7K-M13ZXP-1Z |
| 3 | JAE1ZZ1J166 | ASR1OOO-RP1 |
| 4 | JAB1O34O1KE | SPA-5X1GE |
| 5 | JAE13Z7DEPQ | SPA-1CHOC3-CE-ATM |
| 6 | | Cisco Catalyst 6513 |
| 7 | | Cisco Catalyst 6513 |
| 8 | | Cisco Nexxus 7000 |
| 9 | | Cisco Rack 7600 |
| 10 | | Cisco ASR 1000 |
| 11 | | Cisco 3845 |
| 12 | | Cisco ASR 1004 |
| 13 | JAB1001039B | SPA-ZX1GE |
| 14 | JAB103706EG | SPA-4XOC1Z-POS |
| 15 | JAB1010405M5 | SPA-1XTENGE-XFP |
| 16 | JAE114A5RG3 | SPA-4XOC1Z-POS |
| 17 | JAE11076E65 | SPA-ZX1GE |
| 18 | JAB094805XN | SPA-1XTENGE-XFP |
| 19 | JAE14200CEX | SPA-4XOC1Z-POS |
| 20 | JAE14200CEY | SPA-4XOC1Z-POS |
| 21 | JAB093503HE | SPA-ZX1GE |
| 22 | JAB093402H2 | SPA-4XT3-E3 |
| 23 | JAE1341L40Z | SPA-1XTENGE-XFP |
| 24 | JAB10230A1H | SPA-1XTENGE-XFP |
| 25 | JAB105106F9 | SPA-1XTENGE-XFP |
| 26 | JAB093805B4 | SPA-1XTENGE-XFP |
| 27 | JAB113804E2 | SPA-4XOC1Z-POS |
| 28 | JAB1009009D | SPA-ZX1GE |
| 29 | JAB09260706 | SPA-1XTENGE-XFP |
| 30 | JAB0921026Z | SPA-ZXT3-E3 |
| 31 | JAE15280F1E | SPA-4XCT3-DSO |
| 32 | JAB092606Y9 | SPA-1XTENGE-XFP |
| 33 | JAB09034GR | SPA-1XTENGE-XFP |
| 34 | JAB122101PM | N7K-SUP1 |
| 35 | JAF1520ATLH | N7K-M148GT-11L |
| 36 | JAB122000GU | N7K-M148GT-11 |
| 37 | 16412159 | PA-ZFE1SL-TX |
| 38 | JAB104906AS | SPA-4XOC3-POS-VZ |
| 39 | JAE12034X9G | SPA-ZXOC3-POS |
| 40 | JAB095005KT | SPA-ZXOC3-POS |
| 41 | JAE1238VI7U | SPA-ZXOC3-POS |
| 42 | JAB104209B2 | SPA-4XOC3-POS |
| 43 | JAB110405LD | SPA-4XOC3-POS-VZ |
| 44 | JAE10490629 | SPA-4XOC3-POS |
| 45 | JAB10100J2P | SPA-4XOC3-POS-VZ |
| 46 | JAB10060969 | SPA-ZXOC3-POS |
| 47 | JAE0842YDW5 | PA-A3-T3 |
| 48 | 10734271 | PA-8T-V35 |
| 49 | JAB0904041H | SPA-1OX1GE |
| 50 | JAE1242XFVC | SPA-5X1GE |
| 51 | JAB103902GR | SPA-5X1GE |
| 52 | JAB093003QA | SPA-5X1GE |
| 53 | JAB094403B7 | SPA-1OX1GE |
| 54 | JAB093405W0 | SPA-1OX1GE |
| 55 | JAB104209BS | SPA-4XOC3-POS |
| 56 | JAB104209BE | SPA-4XOC3-POS |
| 57 | JAE1245ZE9R | SPA-4XOC3-POS-VZ |
| 58 | JAE1140YDX3 | 76OO-ESZO-GE3CXL |
| 59 | JAE13157582 | 76OO-ESZO-1OG3C |
| 60 | JAB114201A1 | 76OO-ESZO-1OG3C |
| 61 | JAE11506HRH | 76OO-ESZO-GE3CXL |
| 62 | JAE104702VA | SPA-ZXOC3-POS |
| 63 | JAB101007SK | SPA-ZXOC3-POS |
| 64 | JAB095005N0 | SPA-ZXOC3-POS |
| 65 | JAB093104EN | SPA-ZXOC3-POS |
| 66 | JAE11032A5B | SPA-ZXOC3-POS |

## CISCO ITEMS SEIZED

SEARCH WARRANT DATE: 1/23/2013
SITE: 2526 QUME DR. #19, SAN JOSE

| Number | Serial # | Product # |
|---|---|---|
| 67 | JAE1119GR8P | SPA-ZXOC3-POS |
| 68 | JAF1449DMAB | N7K-M148GT-11 |
| 69 | JAB122000V9 | N7K-M148GT-11 |
| 70 | JAE1226MU1Y | 76OO--PFC3C-1OGE |
| 71 | JAE1226MUZO | 76OO--PFC3C-1OGE |
| 72 | SAL1434RKJJ | VS-F6K-PFC3C |
| 73 | SAD120504F9 | VS-F6K-PFC3C |
| 74 | JAE1128PVSD | 76OO--PFC3C-1OGE |
| 75 | JAB105005X0 | SPA-1XOC48-ATM |
| 76 | JAB110305W1 | SPA-1X1OGE-WL-VZ |
| 77 | JAB103904FL | SPA-1XOC1Z-ATM |
| 78 | JAE1349PF5T | SPA-1X1OGE-WL-VZ |
| 79 | JAE1345N91K | SPA-1XCHSTM1-OC3 |
| 80 | JAE1138XCOZ | SPA-4XOC3-ATM |
| 81 | JAE1349PF5U | SPA-1X1OGE-WL-VZ |
| 82 | JAE151003FJ | SPA-ZXOC48POS-RPR |
| 83 | JAE1133U0KH | SPA-ZXCT3-DS-O |
| 84 | JAE110766DD | SPA-4XOC3-ATM |
| 85 | JAE1329EO99 | SPA-1XOC48-ATM |
| 86 | JAB095005XP | SPA-1XCHSTM1-OC3 |
| 87 | JAE1333GXIF | SPA-4XOC48POS-RPR |
| 88 | JAB094907D1 | SPA-ZXOC48POS-RPR |
| 89 | JAE1138SRW | SPA-4XOC3-ATM |
| 90 | JAE1217G0HS | SPA-1X1OGE-WL-VZ |
| 91 | JAE1035A1NT | SPA-ZXCT3-DS-O |
| 92 | JAE1049GH25 | SPA-ZXCT3-DS-O |
| 93 | JAE14190AFW | SPA-8XOC1Z-POS |
| 94 | JAE1341L22E | SPA-8XOC1Z-POS |
| 95 | JAE1335I0XR | SPA-8XOC1Z-POS |
| 96 | JAE1214D3O5 | SPA-8XOC1Z-POS |
| 97 | JAE1339KO7J | SPA-8XOC1Z-POS |
| 98 | JAE12046H7B | SPA-4XOC3-POS |
| 99 | JAE1117EE47 | SPA-4XOC3-POS |
| 100 | SAL1004BGNP | WS-X614-8V-GE-TX |
| 101 | SAL10019PN1 | WS-X614-8V-GE-TX |
| 102 | SAL1050ASCY | WS-X614-8V-GE-TX |
| 103 | SAL1022PTYZ | WS-X614-8V-GE-TX |
| 104 | JAB104505LU | 76OO-ESZO-GE3CXL |
| 105 | JAB113800NG | 76OO-ESZO-1OG3C |
| 106 | JAE1140YDVA | 76OO-ESZO-GE3CXL |
| 107 | JAB11130134 | 76OO-ESZO-1OG3CXL |
| 108 | JAB1047041B | 76OO-ESZO-1OG3CXL |
| 109 | SAD0930C82 | WS-F6K-PFC3BXL |
| 110 | SAD093008RF | WS-F67OO-DFC3BXL |
| 111 | JAB101505YN | SPA-ZXOC3-ATM |
| 112 | JAB092306BJ | SPA-ZXOC3-ATM |
| 113 | JAB1029053A | SPA-ZXOC3-ATM |
| 114 | JAB09470174 | OSM-4OC1Z-POS-SIT |
| 115 | SAD100105JH | WS-SVC-NAM-Z |
| 116 | JAE1129QRK1 | RSP7ZO-3CGE |
| 117 | JAE11221IZP2 | ASR1OOO-SIP1O |
| 118 | SAL150355EC | RSP7ZO-3CGE |
| 119 | JAB12230101 | N7K-SUP1 |
| 120 | JAB122200U3 | N7K-M13ZXP-1Z |
| 121 | JAF1518DFER | N7K-M148GS-11L |
| 122 | SAD084104RF | WS-X6148-GE-TX |
| 123 | SAL11413X7N | WS-X6148-GE-TX |
| 124 | SAL11413X4U | WS-X6148-GE-TX |
| 125 | SAL10019L1J | WS-X6148-GE-TX |
| 126 | SAD08250A9G | WS-X6148-GE-TX |
| 127 | JAE12503BF1 | SPA-IPSEC-ZG |
| 128 | JAB0934096T | SPA-IPSEC-ZG |
| 129 | JAB110105BJ | SPA-ZXOC1Z-POS |
| 130 | JAB104804U5 | SPA-ZXOC3-POS |
| 131 | JAE12099NKR | SPA-Z4CHT1-CE-ATM |
| 132 | JAE11506ZPE | SPA-Z4CHT3-CE-ATM |

Network Genesis Search Warrant
01/23/2013

| CISCO ITEMS SEIZED | | |
|---|---|---|
| SEARCH WARRANT DATE: | 1/23/2013 | |
| SITE: | 2526 QUME DR. #19, SAN JOSE | |
| | | |
| | | |
| Number | Serial # | Product # |
| 133 | JAE1351RR3P | SPA-1XOC48POS-RPR |
| 134 | JAE134AQ2L7 | SPA-OC1AZPOS-XFP |
| 135 | JAE12503BEF | SPA-IPSEC-ZG |
| 136 | JAB0918063G | SPA-IPSEC-ZG |
| 137 | JAB094305DS | SPA-IPSEC-ZG |
| 138 | JAE115295AT | SPA-1CHOC3-CE-ATM |
| 139 | JAB10210JW5 | SPA-IPSEC-ZG |
| 140 | JAE12034XAL | SPA-ZXOC3-POS |
| 141 | JAB110605J1 | SPA-ZXOC1Z-POS |
| 142 | JAB093901SA | SPA-OC1AZPOS-LR |
| 143 | JAB094803WY | SPA-ZX1GE |
| 144 | JAB093003Q3 | SPA-5X1GE |
| 145 | JAB101500UG | SPA-ZX1GE |
| 146 | JAE1115C5WZ | SPA-ZX1GE |
| 147 | SAL10019M8W | WS-X6148-GE-TX |
| 148 | SAL100195RL | WS-X6148-GE-TX |
| 149 | JAB093205PC | OSM-1OC48-POS-SST |
| 150 | JAB0907014S | OSM-4OC3-POS-SIT |
| 151 | SAL1450290Y | WS-X6716-1OT-3C |
| 152 | SAL15045S9D | RSP7ZO-3C-GE |
| 153 | SAL14502909 | WS-X6716-1OT-3C |
| 154 | NSG0532904L | 73-74O9-O3 |
| 155 | JAB10340608 | SPA-1XOC12POS |
| 156 | SAL09073SKN | |
| 157 | SAL1101D0U9 | |
| 158 | SAL11413EYS | |
| 159 | SAL1023QA6E | |
| 160 | SAL1214KX5X | |
| 161 | SAL1205ESCN | |
| 162 | SAL1209H6MZ | |
| 163 | SAL1207GEWH | |
| 164 | SAL1022Q094 | |
| 165 | SAL1214KWZL | |
| 166 | SAL1208HJA | |
| 167 | SAL1215M5HS | |
| 168 | SAD12050506J0 | |
| 169 | SAL1014HVPS | |
| 170 | SAD1150018 | |
| 171 | SADE1113019C | |
| 172 | SAL1213K4BV | |
| 173 | JAE1124LFKE | |
| 174 | JAB100800ZW | |
| 175 | JAB102400AK | |
| 176 | SAL10360H0J | |
| 177 | SAL1316N93N | |
| 178 | SAL12351KBP | |
| 179 | SAD1025094L | |
| 180 | 99JHC040200620 | |
| 181 | 1021302L | Cisco 3600 |
| 182 | JAE1ZZ1J166 | ASR1OOO-RP1 |
| 183 | JAB11O1O6GH | SPA-1XTENGE-XFP |
| 184 | JAE13Z7DEPQ | SPA-1CHOC3-CE-ATM |
| 185 | JAB103AO1KE | SPA-5X1GE |
| 186 | JAF145ODGEL | N7K-M13ZXP-1Z |

# EXHIBIT B

## EXHIBIT B

*Items seized were considered high-end designer brands, appeared to be new and/or still had price tags attached.

| Line Item | Category | Description | Serial Number (if available) |
|---|---|---|---|
| 1 | Assorted Clothing | Gucci | |
| 2 | Assorted Clothing | Louis Vuitton | |
| 3 | Assorted Clothing | Versace | |
| 4 | Clothing | Assorted | |
| 5 | Belts | 5 Chanel | |
| 6 | Belts | 10 Gucci | |
| 7 | Belts | 8 Louis Vuitton | |
| 8 | Belts | 7 Versace | |
| 9 | Belts | 11 Assorted | |
| 10 | Blanket | 1 Louis Vuitton | |
| 11 | Broaches | 2 Chanel | |
| 12 | Camera | 1 Kodak | |
| 13 | Camera | 1 Nikon | |
| 14 | Camera Lenses | 2 Nikon | |
| 15 | Camera Model 3CST 10169 | Hasselbad | |
| 16 | Hat | 1 Louis Vuitton | |
| 17 | Jackets | Chanel | |
| 18 | Jackets | Gucci | |
| 19 | Jackets | Louis Vuitton | |
| 20 | Jackets | Versace | |
| 21 | Jewelry | 1 Chanel silver women's ring | |
| 22 | Jewelry | 1 clear stone earring (not a pair) | |
| 23 | Jewelry | 1 Crystal stud | |
| 24 | Jewelry | 1 flower women's ring | |
| 25 | Jewelry | 1 gold crab pen | |
| 26 | Jewelry | 1 gold pendant w/pearl and tan clear stones | |
| 27 | Jewelry | 1 Jade Dog and Pig Gold necklace | |
| 28 | Jewelry | 1 pair Chanel gold colored earrings | |
| 29 | Jewelry | 1 pair of Chanel earrings w/ hanging black balls | |
| 30 | Jewelry | 1 purple stone earring (not a pair) | |
| 31 | Jewelry | 18kt white gold band w/one small clear stone | |
| 32 | Jewelry | 18kt white gold men's ring w/ one large clear stone and 16 smaller clear stones | |
| 33 | Jewelry | Gold necklace w/Jade pendant | |
| 34 | Jewelry | Platinum band | |
| 35 | Jewelry | Square women's chanel ring w/ large stone and 15 smaller surrounding stones | |
| 36 | Jewelry | Women's cat ring | |
| 37 | Jewelry | Women's white 18kt gold ring w/ 1 large pearl w/ 8 surrounding colored stones | |
| 38 | Lighters | 2 St. Dupont | |
| 39 | Men's Shoes | 10 Gucci | |
| 40 | Men's Shoes | 13 Louis Vuitton | |
| 41 | Men's Shoes | 4 Mezlan | |
| 42 | Men's Shoes | 1 Pal Zileri | |
| 43 | Men's Shoes | 1 Prada | |
| 44 | Men's Shoes | 12 Versace | |
| 45 | Necklaces | 2 Chanel | |
| 46 | Necklace | 1 Pearl | |
| 47 | Necklaces | 3 Versace | |
| 48 | Pens | 3 Cartier | |
| 49 | Pen | 1 Crocodile | |
| 50 | Pens | 6 Ferrari | |
| 51 | Pen | 1 Gucci | |
| 52 | Pen | 1 Louis Vuitton | |
| 53 | Pen | 1 Rolex | |
| 54 | Pens | 5 Versace | |
| 55 | Phone | 1 Iridium Satellite Phone | |
| 56 | Phone | 1 Iphone 5 | |
| 57 | Phone | 1 Versace Digital Phone | |
| 58 | Pin | 1 | |
| 59 | Purse | Caracalla bagaglio-Black | |
| 60 | Purse | Cartier -Black-Brief Case | |
| 61 | Purse | Chanel-Black | 12250216 |
| 62 | Purse | Chanel-Black | 13195155 |
| 63 | Purse | Chanel-Black | 12198935 |
| 64 | Purse | Chanel-Black clutch | 12083490 |
| 65 | Purse | Chanel-Black roller bag | |
| 66 | Purse | Chanel-Black rolling luggage | 13547130 |
| 67 | Purse | Chanel-Brown/Burgundy | 11329826 |
| 68 | Purse | Chanel-Burgundy | 15060573 |
| 69 | Purse | Chanel-Cream | 11354205 |
| 70 | Purse | Chanel-Crème | 11926407 |
| 71 | Purse | Chanel-Dark Grey | 13103873 |
| 72 | Purse | Chanel-Purple | 12361962 |
| 73 | Purse | Chanel-Red | 13272584 |
| 74 | Purse | Chanel-Red | 11403791 |

*Items seized were considered high-end designer brands, appeared to be new and or still had price tags attached.

| Line Item | Category | Description | Serial Number (if available) |
|---|---|---|---|
| 75 | Purse | Chanel-Red | 11805897 |
| 76 | Purse | Chanel-Red Wallet | 12883061 |
| 77 | Purse | Chanel-Silver | 11267732 |
| 78 | Purse | Chanel-White | 9870259 |
| 79 | Purse | Chanel-White | 11255413 |
| 80 | Purse | Chanel-White | 12970294 |
| 81 | Purse | Gucci-Beige | 251818000926 |
| 82 | Purse | Gucci-Black | 197021467891 |
| 83 | Purse | Gucci-Black | 289892001998 |
| 84 | Purse | Gucci-Black Wallet | A1125027 |
| 85 | Purse | Gucci-Blue (has matching blue shoes) | 317638486628 |
| 86 | Purse | Gucci-Blue (same serial # as above) | 295257498879 |
| 87 | Purse | Gucci-Blue-purse | 240241213046 |
| 88 | Purse | Gucci-Blue-Wallet (matches blue purse) | |
| 89 | Purse | Gucci-Brown | 197016001013 |
| 90 | Purse | Gucci-Brown | 224964486628 |
| 91 | Purse | Gucci-Brown | 295257498879 |
| 92 | Purse | Gucci-Brown pouch | |
| 93 | Purse | Gucci-Brown Snakeskin | 2119432123 |
| 94 | Purse | Gucci-Brown wallet | 172080002046 |
| 95 | Purse | Gucci-Grey Snakeskin Bag | 189872492783 |
| 96 | Purse | Gucci-Pink | 189835000926 |
| 97 | Purse | Gucci-Purple | 135952467891 |
| 98 | Purse | Gucci-Silver | 167732002122 |
| 99 | Purse | Gucci-Small White bag | 190400506631 |
| 100 | Purse | Gucci-White/Brown | 223666203998 |
| 101 | Purse | Judith Leiber-Gold | |
| 102 | Purse | Louis Vuitton-Black | FO0088 |
| 103 | Purse | Louis Vuitton-Black | |
| 104 | Purse | Louis Vuitton-Black | M93492 |
| 105 | Purse | Louis Vuitton-Black - Computer Bag | |
| 106 | Purse | Louis Vuitton-Black Evening bag | |
| 107 | Purse | Louis Vuitton-Black Luggage | N23299 |
| 108 | Purse | Louis Vuitton-Brown | M97015 |
| 109 | Purse | Louis Vuitton-Brown | |
| 110 | Purse | Louis Vuitton-Brown and Red | |
| 111 | Purse | Louis Vuitton-Brown and Silver | |
| 112 | Purse | Louis Vuitton-Brown Luggage | BA3078 |
| 113 | Purse | Louis Vuitton-Brown Luggage | FO3160 |
| 114 | Purse | Louis Vuitton-Brown Luggage Cosmetic bag | M47280 |
| 115 | Purse | Louis Vuitton-Brown sparkle | 102192 |
| 116 | Purse | Louis Vuitton-Burgundy | |
| 117 | Purse | Louis Vuitton-Burgundy large bag | |
| 118 | Purse | Louis Vuitton-Grey | |
| 119 | Purse | Louis Vuitton-Small-Brown | |
| 120 | Purse | Louis Vuitton-White | |
| 121 | Purse | Louis Vuitton-White Purse | FL0066 |
| 122 | Purse | Louis Vuitton-white small purse/clutch | |
| 123 | Purse | Louis Vuitton-White Wallet | |
| 124 | Purse | Prada-Black | |
| 125 | Purse | Prada-Coral | 5571 |
| 126 | Purse | Prada-Pink | |
| 127 | Purse | Versace-Black | |
| 128 | Purse | Versace-Black | |
| 129 | Purse | Versace-Black | |
| 130 | Purse | Versace-Black | |
| 131 | Purse | Versace-Black Wallet | |
| 132 | Purse | Versace-Black Wallet | |
| 133 | Purse | Versace-Blue | |
| 134 | Purse | Versace-Coffee Brown | |
| 135 | Purse | Versace-Furry White | |
| 136 | Purse | Versace-Green | |
| 137 | Purse | Versace-Pink | |
| 138 | Purse | Versace-Purple | |
| 139 | Purse | Versace-Purple | |
| 140 | Purse | Versace-Purple Snakeskin | |
| 141 | Purse | Versace-Purple snakeskin wallet/clutch (matches purse) | |
| 142 | Purse | Versace-Red | 205215619 |
| 143 | Purse | Versace-Red Wallet/clutch | |
| 144 | Purse | Versace-Silver | |
| 145 | Scarf | 1 Louis Vuitton | |
| 146 | Shawl | 1 Louis Vuitton | |
| 147 | Sunglasses | 8 Cartier | |
| 148 | Sunglasses | 10 Chanel | |
| 149 | Sunglasses | 7 Gucci | |
| 150 | Sunglasses | 10 Louis Vuitton | |
| 151 | Sunglasses | 3 Versace | |

*Items seized were considered high-end designer brands, appeared to be new and or still had price tags attached.

| Line Item | Category | Description | Serial Number (if available) |
|---|---|---|---|
| 152 | Ties | 3 Chanel | |
| 153 | Watch | Black Chanel Automatic | LK92412 |
| 154 | Watch | Black Chanel Automatic | IS40832 |
| 155 | Watch | Black Versace Watch | A360031 |
| 156 | Watch | Chanel J12 automatic | 28382 |
| 157 | Watch | Gold-Silver Rolex Submariner | |
| 158 | Watch | Rolex Silver Date Just | 16233 |
| 159 | Watch | Rolex Silver Date Just | 950PT |
| 160 | Watch | Rose gold date just | 750 |
| 161 | Watch | Silver Cartier | 91985LX |
| 162 | Watch | Silver Gold Rolex Cosmograph | |
| 163 | Watch | Silver Mercedes Benz | 603082 |
| 164 | Watch | Silver Omega Seamaster Watch 007 | 3171 |
| 165 | Watch | Silver Rolex Cosmograph | |
| 166 | Watch | Silver Rolex Day-Date | 950PT |
| 167 | Watch | Silver Rolex Milgauss | |
| 168 | Watch | Silver Tag Heuer | CN1151 |
| 169 | Watch | Silver Tag Heuer Carrera | CV2050-0 |
| 170 | Watch | Silver Versace Automatic | K831404 |
| 171 | Watch | Silver/ Gold Cartier Automatic | 778677CE |
| 172 | Watch | Silver/Gold Rolex Date Just | 750 |
| 173 | Women's Shoes | 13 Chanel | |
| 174 | Women's Shoes | 27 Gucci | |
| 175 | Women's Shoes | 21 Louis Vuitton | |
| 176 | Women's Shoes | 1 Prada | |
| 177 | Women's Shoes | 7 Versace | |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

~~SEALED BY ORDER OF THE COURT~~

PENALTY:   SEE ATTACHMENT

─────────

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*Filed*

*OCT 30 2013*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### DEFENDANT - U.S.

▶ CUONG CAO DANG aka Calvin Dang

DISTRICT COURT NUMBER
CR-13-00486-EJD

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ ____ Month/Day/Year

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court
____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   DAVID R. CALLAWAY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: ____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
____

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: ____    Before Judge: ____

Comments: Arraignment to be scheduled with attorney

Δ1

ATTACHMENT TO PENALTY SHEET
U.S. v. Cuong Cao "Calvin" Dang, et al.
CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:          Cuong Cao "Calvin" DANG
                             Loc Xuan HOANG
                             HIEU NGUYEN
                             ✓ Emily LE, and
                             ✓ David Huynh

Maximum Penalties:           Up to twenty years imprisonment;
                             $250,000 fine (or twice the gain/loss);
                             Three years supervised release;
                             $100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:          Cuong Cao "Calvin" DANG
                             ✓ Emily LE, and
                             ✓ David Huynh

Maximum Penalties:           (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:           20 years imprisonment;
                             $500,000 fine (or twice the gross gain/loss);
                             Three years supervised release;
                             $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:           ✓ Edwin LIN

Maximum Penalties:           (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:          10 years imprisonment;
                            $250,000 fine (or twice the amount of the criminally
                            derived property involved in the transaction);
                            Three years supervised release;
                            $100 special assessment.

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:         Long PHAM    (18-21)
                            THUY NGUYEN  22-26)

Maximum Penalties:          10 years imprisonment [enhanced penalty; otherwise 5 years];
                            $500,000 fine (or twice the gross gain/loss) [enhanced; otherwise
                            $250,000 or twice the gross gain/loss];
                            Three years supervised release;
                            $100 special assessment.

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:          Edwin LIN

Maximum Penalties:          (same as Counts 18-26)

First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of
Proceeds of Specified Unlawful Activity

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:         Edwin LIN
                            Long PHAM
                            THUY NGUYEN

Forfeitable Property:       Substitute Assets (no property seized to date)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☒ SUPERSEDING

─ **OFFENSE CHARGED** ─

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*Filed*

─ **DEFENDANT - U.S** ─

▶ Emily Le

DISTRICT COURT NUMBER
CR-13-00486-EJD

*OCT 30 2013*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

─ **PROCEEDING** ─

Name of Complaintant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

_____

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   DAVID R. CALLAWAY

─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes      } If "Yes"
been filed?    ☐ No       } give date
                          } filed

**DATE OF**      Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**      Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or
                                          warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____   ✚

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:           Cuong Cao "Calvin" DANG
                                        Loc Xuan HOANG
                                        HIEU NGUYEN
                                        Emily LE, and
                                        David Huynh

Maximum Penalties:           Up to twenty years imprisonment;
                                        $250,000 fine (or twice the gain/loss);
                                        Three years supervised release;
                                        $100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:           Cuong Cao "Calvin" DANG
                                          Emily LE, and
                                        David Huynh

Maximum Penalties:           (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i): Money Laundering

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:           20 years imprisonment;
                                          $500,000 fine (or twice the gross gain/loss);
                                        Three years supervised release;
                                        $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:           Edwin LIN

Maximum Penalties:           (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:           10 years imprisonment;
$250,000 fine (or twice the amount of the criminally
derived property involved in the transaction);
Three years supervised release;
$100 special assessment.

## Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:         Long PHAM
THUY NGUYEN

Maximum Penalties:           10 years imprisonment [enhanced penalty; otherwise 5 years];
$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise
$250,000 or twice the gross gain/loss];
Three years supervised release;
$100 special assessment.

## Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:          Edwin LIN

Maximum Penalties:           (same as Counts 18-26)

## First Forfeiture Allegation:18 U.S.C. §  981(a)(1)(C) and 28 U.S.C. §  2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:        (as listed in Superseding Indictment)

## Second Forfeiture Allegation:18 U.S.C. §  982(a)(1) – Money Laundering Forfeiture

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:        (as listed in Superseding Indictment)

## Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:         Edwin LIN
Long PHAM
THUY NGUYEN

Forfeitable Property:        Substitute Assets (no property seized to date)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Filed*

### OFFENSE CHARGED

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

┌─ DEFENDANT - U.S ─

► David Huynh

OCT 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

CR-13-00486-EJD

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DAVID R. CALLAWAY

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction            ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?   ☐ No   } give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ► Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: ___            Before Judge: _____

Comments:                                    △3

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:      Cuong Cao "Calvin" DANG
Loc Xuan HOANG
HIEU NGUYEN
Emily LE, and
David Huynh

Maximum Penalties:      Up to twenty years imprisonment;
$250,000 fine (or twice the gain/loss);
Three years supervised release;
$100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:      Cuong Cao "Calvin" DANG
Emily LE, and
David Huynh

Maximum Penalties:      (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:      Cuong Cao "Calvin" DANG

Maximum Penalties:      20 years imprisonment;
$500,000 fine (or twice the gross gain/loss);
Three years supervised release;
$100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:      Edwin LIN

Maximum Penalties:      (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:      Cuong Cao "Calvin" DANG

| | |
|---|---|
| Maximum Penalties: | 10 years imprisonment;<br>$250,000 fine (or twice the amount of the criminally<br>derived property involved in the transaction);<br>Three years supervised release;<br>$100 special assessment. |

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

| | |
|---|---|
| Defendants Charged: | Long PHAM<br>THUY NGUYEN |

| | |
|---|---|
| Maximum Penalties: | 10 years imprisonment [enhanced penalty; otherwise 5 years];<br>$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise<br>$250,000 or twice the gross gain/loss];<br>Three years supervised release;<br>$100 special assessment. |

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

| | |
|---|---|
| Defendant Charged: | Edwin LIN |

| | |
|---|---|
| Maximum Penalties: | (same as Counts 18-26) |

First Forfeiture Allegation: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

| | |
|---|---|
| Defendant Charged: | Cuong Cao "Calvin" DANG |

| | |
|---|---|
| Forfeitable Property: | (as listed in Superseding Indictment) |

Second Forfeiture Allegation: 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

| | |
|---|---|
| Defendant Charged: | Cuong Cao "Calvin" DANG |

| | |
|---|---|
| Forfeitable Property: | (as listed in Superseding Indictment) |

Third Forfeiture Allegation: 31 U.S.C. § 5317(c) – Structuring Forfeiture

| | |
|---|---|
| Defendants Charged: | Edwin LIN<br>Long PHAM<br>THUY NGUYEN |

| | |
|---|---|
| Forfeitable Property: | Substitute Assets (no property seized to date) |

AO 257 (Rev 3/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**Filed**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
**OCT 30 2019**

SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

─── OFFENSE CHARGED ───

SEE ATTACHMENT

SEALED BY ORDER
OF THE COURT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

─── DEFENDANT - U.S ───

Loc Xuan Hoang,

DISTRICT COURT NUMBER

CR-13-00486-EJD

─────────── PROCEEDING ───────────

Name of Complaintant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
      ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    DAVID R. CALLAWAY

─────────── DEFENDANT ───────────

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

} ☐ Federal ☐ State

Has detainer    ☐ Yes    If "Yes"
been filed?                give date
               ☐ No      filed

**DATE OF
ARREST** ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

─────── ADDITIONAL INFORMATION OR COMMENTS ───────

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____     Before Judge: _____

Comments:  Arraignment to be scheduled with attorney

A4

ATTACHMENT TO PENALTY SHEET
U.S. v. Cuong Cao "Calvin" Dang, et al.
CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:       Cuong Cao "Calvin" DANG
                              Loc Xuan HOANG
                              HIEU NGUYEN
                              Emily LE, and
                              David Huynh

Maximum Penalties:        Up to twenty years imprisonment;
                              $250,000 fine (or twice the gain/loss);
                              Three years supervised release;
                              $100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:       Cuong Cao "Calvin" DANG
                              Emily LE, and
                              David Huynh

Maximum Penalties:        (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:        Cuong Cao "Calvin" DANG

Maximum Penalties:        20 years imprisonment;
                              $500,000 fine (or twice the gross gain/loss);
                              Three years supervised release;
                              $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:        Edwin LIN

Maximum Penalties:        (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:        Cuong Cao "Calvin" DANG

| Maximum Penalties: | 10 years imprisonment;<br>$250,000 fine (or twice the amount of the criminally<br>derived property involved in the transaction);<br>Three years supervised release;<br>$100 special assessment. |
|---|---|

## Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

| Defendants Charged: | Long PHAM<br>THUY NGUYEN |
|---|---|

| Maximum Penalties: | 10 years imprisonment [enhanced penalty; otherwise 5 years];<br>$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise<br>$250,000 or twice the gross gain/loss];<br>Three years supervised release;<br>$100 special assessment. |
|---|---|

## Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

| Defendant Charged: | Edwin LIN |
|---|---|

| Maximum Penalties: | (same as Counts 18-26) |
|---|---|

## First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

| Defendant Charged: | Cuong Cao "Calvin" DANG |
|---|---|

| Forfeitable Property: | (as listed in Superseding Indictment) |
|---|---|

## Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

| Defendant Charged: | Cuong Cao "Calvin" DANG |
|---|---|

| Forfeitable Property: | (as listed in Superseding Indictment) |
|---|---|

## Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

| Defendants Charged: | Edwin LIN<br>Long PHAM<br>THUY NGUYEN |
|---|---|

| Forfeitable Property: | Substitute Assets (no property seized to date) |
|---|---|

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

---

### OFFENSE CHARGED

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*FILED*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

OCT 30 2013

--- DEFENDANT - U.S.

► Hieu Nguyen

DISTRICT COURT NUMBER

CR-13-00486-EJD

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DAVID R. CALLAWAY

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY          Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____        Before Judge: _____

Comments:

A5

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:          Cuong Cao "Calvin" DANG
                             Loc Xuan HOANG
                             HIEU NGUYEN
                             Emily LE, and
                             David Huynh

Maximum Penalties:           Up to twenty years imprisonment;
                             $250,000 fine (or twice the gain/loss);
                             Three years supervised release;
                             $100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:          Cuong Cao "Calvin" DANG
                             Emily LE, and
                             David Huynh

Maximum Penalties:           (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:           20 years imprisonment;
                             $500,000 fine (or twice the gross gain/loss);
                             Three years supervised release;
                             $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:           Edwin LIN

Maximum Penalties:           (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:           Cuong Cao "Calvin" DANG

Maximum Penalties:          10 years imprisonment;
                            $250,000 fine (or twice the amount of the criminally
                            derived property involved in the transaction);
                            Three years supervised release;
                            $100 special assessment.

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:         Long PHAM
                            THUY NGUYEN

Maximum Penalties:          10 years imprisonment [enhanced penalty; otherwise 5 years];
                            $500,000 fine (or twice the gross gain/loss) [enhanced; otherwise
                            $250,000 or twice the gross gain/loss];
                            Three years supervised release;
                            $100 special assessment.

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:          Edwin LIN

Maximum Penalties:          (same as Counts 18-26)

First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of
Proceeds of Specified Unlawful Activity

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

Defendant Charged:          Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:         Edwin LIN
                            Long PHAM
                            THUY NGUYEN

Forfeitable Property:       Substitute Assets (no property seized to date)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

─── OFFENSE CHARGED ───   ☒ SUPERSEDING

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

─────────────────

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Filed*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

*OCT 30 2013*

─── DEFENDANT - U.S ───

▶ Long Pham

DISTRICT COURT NUMBER

CR-13-00486-EJD

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court,
    give name of court

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:
    ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
    pending case involving this same
    defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       DAVID R. CALLAWAY

─────────────────

### DEFENDANT

**IS NOT IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF              Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____       Before Judge: _____

Comments:                                          A6

# ATTACHMENT TO PENALTY SHEET
## U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:      Cuong Cao "Calvin" DANG
                         Loc Xuan HOANG
                         HIEU NGUYEN
                         Emily LE, and
                         David Huynh

Maximum Penalties:       Up to twenty years imprisonment;
                         $250,000 fine (or twice the gain/loss);
                         Three years supervised release;
                         $100 special assessment.

Counts Two through Seven:18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:      Cuong Cao "Calvin" DANG
                         Emily LE, and
                         David Huynh

Maximum Penalties:       (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:       Cuong Cao "Calvin" DANG

Maximum Penalties:       20 years imprisonment;
                         $500,000 fine (or twice the gross gain/loss);
                         Three years supervised release;
                         $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:       Edwin LIN

Maximum Penalties:       (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:       Cuong Cao "Calvin" DANG

Maximum Penalties:          10 years imprisonment;
$250,000 fine (or twice the amount of the criminally derived property involved in the transaction);
Three years supervised release;
$100 special assessment.

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:       Long PHAM
THUY NGUYEN

Maximum Penalties:          10 years imprisonment [enhanced penalty; otherwise 5 years];
$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise $250,000 or twice the gross gain/loss];
Three years supervised release;
$100 special assessment.

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:        Edwin LIN

Maximum Penalties:          (same as Counts 18-26)

First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

Defendant Charged:        Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

Defendant Charged:        Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:       Edwin LIN
Long PHAM
THUY NGUYEN

Forfeitable Property:       Substitute Assets (no property seized to date)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

─── OFFENSE CHARGED ───

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:  SEE ATTACHMENT

**Filed**

OCT 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

─── DEFENDANT - U.S. ───

▶ Thuy Nguyen

DISTRICT COURT NUMBER

CR-13-00486-EJD

─────────── PROCEEDING ───────────

Name of Complaintant Agency, or Person (& Title, if any)

S/A Quyen Barg / IRS

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

}

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       DAVID R. CALLAWAY

─────────── DEFENDANT ───────────

**IS _NOT_ IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction           ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   If "Yes"
been filed?   ☐ No     give date
                        filed

} 

DATE OF
ARREST              Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
  ☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT       Bail Amount: _____

  If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance

  Defendant Address:

Date/Time: _____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET
## U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

Defendants Charged:   Cuong Cao "Calvin" DANG
            Loc Xuan HOANG
            HIEU NGUYEN
            Emily LE, and
            David Huynh

Maximum Penalties:    Up to twenty years imprisonment;
            $250,000 fine (or twice the gain/loss);
            Three years supervised release;
            $100 special assessment.

Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud

Defendants Charged:   Cuong Cao "Calvin" DANG
            Emily LE, and
            David Huynh

Maximum Penalties:    (same as Count One)

Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering

Defendant Charged:    Cuong Cao "Calvin" DANG

Maximum Penalties:    20 years imprisonment;
            $500,000 fine (or twice the gross gain/loss);
            Three years supervised release;
            $100 special assessment.

Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)

Defendant Charged:    Edwin LIN

Maximum Penalties:    (same as Counts 8-13)

Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property

Defendant Charged:    Cuong Cao "Calvin" DANG

Maximum Penalties:       10 years imprisonment;
$250,000 fine (or twice the amount of the criminally
derived property involved in the transaction);
Three years supervised release;
$100 special assessment.

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:      Long PHAM
THUY NGUYEN

Maximum Penalties:       10 years imprisonment [enhanced penalty; otherwise 5 years];
$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise
$250,000 or twice the gross gain/loss];
Three years supervised release;
$100 special assessment.

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:       Edwin LIN

Maximum Penalties:       (same as Counts 18-26)

First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of Proceeds of Specified Unlawful Activity

Defendant Charged:       Cuong Cao "Calvin" DANG

Forfeitable Property:      (as listed in Superseding Indictment)

Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

Defendant Charged:       Cuong Cao "Calvin" DANG

Forfeitable Property:      (as listed in Superseding Indictment)

Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:      Edwin LIN
Long PHAM
THUY NGUYEN

Forfeitable Property:      Substitute Assets (no property seized to date)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
~~SAN JOSE DIVISION~~

### OFFENSE CHARGED

SEE ATTACHMENT

*SEALED BY ORDER OF THE COURT*

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

*Filed*

*OCT 30 2013*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### DEFENDANT - U.S.

▶ Edwin Lin

DISTRICT COURT NUMBER

CR-13-00486-EJD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

S/A Quyen Barg /IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   DAVID R. CALLAWAY

### DEFENDANT

**IS *NOT* IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
       } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?   ☐ No   } give date filed

**DATE OF**   Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**   Month/Day/Year
**TO U.S. CUSTODY**   ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: _____

If Summons, complete following:                * Where defendant previously apprehended on complaint, no new summons or
☐ Arraignment   ☐ Initial Appearance          warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____   ✚   Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Cuong Cao "Calvin" Dang, et al.
### CR 13-00486 EJD

<u>Count One: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud</u>

Defendants Charged:   Cuong Cao "Calvin" DANG
          Loc Xuan HOANG
          HIEU NGUYEN
          Emily LE, and
          David Huynh

Maximum Penalties:    Up to twenty years imprisonment;
          $250,000 fine (or twice the gain/loss);
          Three years supervised release;
          $100 special assessment.

<u>Counts Two through Seven: 18 U.S.C. § 1341 - Mail Fraud</u>

Defendants Charged:   Cuong Cao "Calvin" DANG
          Emily LE, and
          David Huynh

Maximum Penalties:    (same as Count One)

<u>Counts 8-13: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1) (B)(i): Money Laundering</u>

Defendant Charged:    Cuong Cao "Calvin" DANG

Maximum Penalties:    20 years imprisonment;
          $500,000 fine (or twice the gross gain/loss);
          Three years supervised release;
          $100 special assessment.

<u>Counts 14-15: 18 U.S.C. § 1956(a)(3)(C): Money Laundering (Funds Represented to be Criminally Derived)</u>

Defendant Charged:    Edwin LIN

Maximum Penalties:    (same as Counts 8-13)

<u>Counts 16-17: 18 U.S.C. § 1957(a): Engaging in Monetary Transactions Using Criminally Derived Property</u>

Defendant Charged:    Cuong Cao "Calvin" DANG

Maximum Penalties:          10 years imprisonment;
$250,000 fine (or twice the amount of the criminally
derived property involved in the transaction);
Three years supervised release;
$100 special assessment.

Counts 18-26: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendants Charged:      Long PHAM
THUY NGUYEN

Maximum Penalties:          10 years imprisonment [enhanced penalty; otherwise 5 years];
$500,000 fine (or twice the gross gain/loss) [enhanced; otherwise
$250,000 or twice the gross gain/loss];
Three years supervised release;
$100 special assessment.

Counts 27-32: 31 U.S.C. § 5324(a)(1) and (a)(3): Structuring Financial Transactions

Defendant Charged:        Edwin LIN

Maximum Penalties:          (same as Counts 18-26)

First Forfeiture Allegation:18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture of
Proceeds of Specified Unlawful Activity

Defendant Charged:        Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Second Forfeiture Allegation:18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture

Defendant Charged:        Cuong Cao "Calvin" DANG

Forfeitable Property:       (as listed in Superseding Indictment)

Third Forfeiture Allegation:31 U.S.C. § 5317(c) – Structuring Forfeiture

Defendants Charged:      Edwin LIN
Long PHAM
THUY NGUYEN

Forfeitable Property:       Substitute Assets (no property seized to date)